UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO CREDIT BUREAU d/b/a CREDITORS BUREAU USA; and LAW OFFICE OF JOHN D. SUHR,<br><br>　　　　Defendants. | Case No. 1:20-cv-00174-DAD-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 7) |

　　　Currently before the Court is a stipulation to extend time for Defendants Fresno Credit Bureau d/b/a Creditors Bureau USA and Law Office of John D. Suhr ("Defendants") to respond to Plaintiff's complaint. (Doc. 7.) In the stipulation, the parties report that the complaint was served on February 18, 2020, and they initially agreed to a 28-day extension of time for Defendants to respond, making Defendants' response due on April 7, 2020. The parties explain that Defendants require additional time to respond due to the COVID-19 pandemic, related stay-at-home orders and Mr. Suhr's hospitalization in the ICU and quarantine through April 1, 2020. Defendants believe that with the current projections regarding COVID-19 they will be able to respond by May 5, 2020. (*Id.*)

　　　The Court has considered the record in this case and cannot ascertain from the docket either the date of service of the complaint or the deadline for Defendants' response to the complaint. Plaintiff has not filed a proof of service and the parties did not file their initial 28-day

1

stipulation pursuant to the requirements of Local Rule 144(a).  L.R. 144(a) ("an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . *may be filed without approval of the Court* if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation") (emphasis added). The parties additionally filed the instant stipulation on April 14, 2020, after the apparent agreed-upon deadline for Defendants' response had elapsed.  *See* L.R. 144(d) ("Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor.").  Nonetheless, based on the inherent difficulties resulting from the COVID-19 pandemic and stay-at-home orders, the hospitalization and subsequent quarantine of Mr. Suhr, and in the interest of justice, the Court finds that the parties' request is warranted and supported by good cause.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulation to extend the time for Defendants to respond to the complaint is GRANTED.  Defendants' response to the complaint shall be filed and served on or before May 5, 2020.

IT IS SO ORDERED.

Dated:   **April 15, 2020**                       /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE